**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                       Plaintiff,                18 **CIVIL** 5726 (ER)

             -against-                     **<u>JUDGMENT</u>**

RAHSAN A. HAKIM and ADONIIAH A.
RAHSAN, d/b/a SUNDIAL HERBAL
PRODUCTS,
                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 26, 2020, the Government's motion for summary judgment and injunction relief is granted, and Defendants' motion for summary judgment is denied.

**Dated:**  New York, New York
           May 27, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                        Clerk of Court
                                  **BY:**
                                                 _____
                                                          Deputy Clerk